JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURGEN SARGSYAN,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 5:26-cv-06497-PD<br>**JUDGMENT**<br>**A# 216-175-738** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus and Ordering Release, IT IS ADJUDGED that the Petition is granted.

The Clerk of the Court is directed to close this case.

DATED: November 18, 2026

Patricia Donahue

Patricia Donahue
United States Magistrate Judge